# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Lucia Marett
*on behalf of herself and all others similarly situated,*

       Plaintiff,

       -against-

MomoIP LLC,

       Defendant.

Case No.: 17-cv-829

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Lucia Marett, are hereby dismissed with prejudice, in their entirety, as against Defendant, MomoIP LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: June 14, 2017
      New York, New York

Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Phone: (212) 465-1188

C.K. Lee, Esq. (CL 4086)

**SO ORDERED:**

HON. VERNON S. BRODERICK 6/16/2017
UNITED STATES DISTRICT JUDGE